[No. 6904–4–III. Division Three. July 24, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
A. MONTOYA, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 84–1–00057–8, James B. Mitchell, J.,
entered January 4, 1985. *Affirmed* by unpublished opinion
per Green, C.J., concurred in by Munson and Thompson,
JJ.

[No. 7204–5–III. Division Three. July 24, 1986.]

DAN PFAFF, ET AL, *Respondents,* v. CORNELIUS D.
BRANDT, ET AL, *Defendants,* SPRING CANYON
FRUIT, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 28039, Albert J. Yencopal, J., entered
June 11, 1985. *Affirmed* by unpublished opinion per Green,
C.J., concurred in by Munson and Thompson, JJ.

[No. 7990–9–II. Division Two. July 25, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD
A. HYSTAD, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 84–1–00131–3, Thomas L. Lodge, J., entered
July 18, 1984. *Affirmed* by unpublished opinion per Reed,
A.C.J., concurred in by Petrich and Alexander, JJ.